UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 7/9/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

Case No: 5:12-CR-59-1H

FELIX A. OKAFOR

ORDER

IT IS HEREBY ORDERED that the following government exhibits) admitted into evidence on July 9, 2013 be turned over to Special Agent Jason Guseman, Johnston County Sheriff's Office to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 3 | Quantity of Marijuana |
| 5 | Quantity of Marijuana |
| 7 | Quantity of Marijuana |
| 9 | Quantity of Marijuana |
| 32 | Firearm (22 Revolver) |
| 34 | Firearm (33 Revolver) |
| 11 | Quantity of Heroin |
| 13 | Quantity of Heroin |
| 15 | Quantity of Heroin |
| 17 | Syringes |
| 51 | Firearm (Glock) |

This 9th day of July, 2013.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____