UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 7|10|13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No: 5:12-CR-59-1H |
| FELIX A. OKAFOR | ORDER |

IT IS HEREBY ORDERED that the following government exhibits) admitted into evidence on July 10, 2013 be turned over to Special Agent Jason Guseman, Johnston County Sheriff's Office to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 38 | Quantity of Heroin |
| 36 | Quantity of Heroin |
| 40 | Pill bottle (Heroin & Pills) |
| 42 | Quantity of Marijuana |
| 43 | Quantity of Marijuana |
| 44 | Quantity of Heroin |
| 53 | 9 mm handgun |
| 55 | Black powder handgun |
| 57 | 25 caliber handgun |
| 59 | 12 gauge shotgun |
| 61 | 20 gauge shotgun |

| Govt. Exhibit No.: | Description: |
|---|---|
| 67 | Scales |
| 68 | Scales |
| 69 | Scales |
| 70 | Scales |
| 72 | Pill bottle (Pills) |

This __10th__ day of _July_, 2013.

_[signature]_
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _[signature]_