IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-59-H

UNITED STATES OF AMERICA    )
                            )
           v.               )
                            )
FELIX A. OKAFOR             )

## PRELIMINARY ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, pursuant to the entry of the guilty verdict as to the defendant, Felix A. Okafor, on July 11, 2013, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), to wit:

(A) **PERSONAL PROPERTY**: including but not limited to, the following

firearms and any and all accompanying ammunition

Mossberg, Model 500C .20ga shotgun with serial #L835023

Glock, Model 22 .40 cal handgun with serial #BCX486US

AA Arms, Model AP9, 9mm handgun with serial #031175

Maverick, Model 88, 12ga shotgun with serial #MV62545R

Raven Arms, Model MP-25, handgun with serial #1003071

Cobray, Model DD, 45 cal muzzleloader No Serial Number; and

1

(B) **CURRENCY** in the amount of **$100,000.00**, representing the gross proceeds of offenses stated in the Superseding Criminal Indictment;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 924(d);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict as to the defendant, Felix A. Okafor, the United States is hereby AUTHORIZED to seize the above-stated property and currency, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In addition, JUDGMENT is entered for the amount of the gross proceeds, that is, $100,000.00, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

2

3. With regard to the personal property only, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, the United States Department of Treasury, or the Director of the U. S. Department of Homeland Security directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 21st day of November 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge

3