IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-59-H

UNITED STATES OF AMERICA          )
                                  )
        v.                        )
                                  )
FELIX A. OKAFOR                   )

**AMENDED PRELIMINARY ORDER AND JUDGMENT OF FORFEITURE**

WHEREAS, pursuant to the entry of the guilty verdict as to

the defendant, Felix A. Okafor, on July 11, 2013, the following

property is hereby forfeitable pursuant to 18 U.S.C. §

924(d)(1), as made applicable by Title 28, United States Code,

Section 2461(c), to wit:

(A) **PERSONAL PROPERTY**: including but not limited to, the
following

firearms and any and all accompanying ammunition

Mossberg, Model 500C .20ga shotgun with serial #L835023

Glock, Model 22 .40 cal handgun with serial #BCX486US

AA Arms, Model AP9, 9mm handgun with serial #031176

Maverick, Model 88, 12ga shotgun with serial #MV62545R

Raven Arms, Model MP-25, handgun with serial #1003071

Cobray, Model DD, 45 cal muzzleloader No Serial Number; and

1

(B) **CURRENCY** in the amount of **$100,000.00**, representing the gross proceeds of offenses stated in the Superseding Criminal Indictment;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 924(d);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict as to the defendant, Felix A. Okafor, the United States is hereby AUTHORIZED to seize the above-stated property and currency, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In addition, JUDGMENT is entered for the amount of the gross proceeds, that is, $100,000.00, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

2

3.     With regard to the personal property only, pursuant to

21 U.S.C. § 853(n), the United States shall publish notice of

this Order and of its intent to dispose of the property in such

manner as the Attorney General, the United States Department of

Treasury, or the Director of the U. S. Department of Homeland

Security directs, by publishing and sending notice in the same

manner as in civil forfeiture cases, as provided in Supplemental

Rule G(4). Any person other than the defendant, having or

claiming any legal interest in the subject property must file a

petition with the Court within 30 days of the publication of

notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty

of perjury and shall set forth the nature and extent of the

petitioner's right, title, or interest in the subject property,

and must include any additional facts supporting the

petitioner's claim and the relief sought.

4.     That upon adjudication of all third party interests

this Court will enter a Final Order of Forfeiture pursuant to

21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 13th day of March, 2014.

MALCOLM J. HOWARD
Senior United States District Judge

3